UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 721 BOURBON, INC.<br><br>VERSUS<br><br>B.E.A., INC., BRADLEY S. BOHANNAN, STEPHEN J. SMITH, AND ARITA M.L. BOHANNAN | CIVIL ACTION NO:<br>2:11-cv-00710<br><br>SECTION: "F"<br>HON. MARTIN L.C. FELDMAN<br><br>MAGISTRATE DIV."2"<br>HON. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering Defendant Arita M.L. Bohannan's Motion for Leave to file a Memorandum in Reply to Plaintiff's Opposition to Defendants' Partial Motion to Dismiss;

It is hereby ORDERED, ADJUDGED, AND DECREED that the Motion for Leave is GRANTED and that the Reply Memorandum be filed into the record.

New Orleans, Louisiana this 9th day of August, 2011.

HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE